REGINA CRESCENT, Appellant, *v.* BRIDGET REDDY (née WHALEN) and Others, Respondents.

*Appeal — order of County Court sustaining demurrer — interlocutory judgment of County Court — no appeal lies to Appellate Division.*

Appeal by the plaintiff from an order of the County Court of Westchester county, entered in the office of the clerk of said county on the 31st day of May, 1918, sustaining a demurrer to the amended complaint.

Second Department, March, 1920.     [Vol. 191.

JENKS, P. J.: If such an appeal lies, it must be from an interlocutory judgment, not an order. But there is no appeal from an interlocutory judgment of the County Court, but only from such a judgment of the Supreme Court. (See *Henn* v. *City of Mount Vernon*, 190 App. Div. 533, and cases cited.) Therefore, without now passing upon the merits of the demurrer, we dismiss this appeal, with ten dollars costs and disbursements. Rich, Blackmar, Kelly and Jaycox, JJ., concur. Appeal dismissed, with ten dollars costs and disbursements.